UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHALMERS A. SIMPSON, JR., :
    Plaintiff :
 :
    v. : CIVIL NO. 1:12-CV-1358
 :
BOARD OF PROBATION AND :
PAROLE *et al.*, :
    Defendants :

# *O R D E R*

AND NOW, this 1st day of October, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 12), filed September 5, 2012, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1. The magistrate judge's report (Doc. 12) is adopted.

    2. The amended complaint is dismissed without prejudice to Plaintiff renewing this claim at such time, if any, when Plaintiff's other litigation results in a favorable termination of these parole proceedings.

    3. The Clerk of Court shall close this file.

                                               /s/ William W. Caldwell
                                             William W. Caldwell
                                             United States District Judge